MEMO ENDORSED

*Kennedy Lillis Schmidt & English*
*75 Maiden Lane*
*New York, N.Y. 10038-4816*
*Telephone: 212-430-0800*
*Facsimile: 212-430-0810*
WWW.KLSELAW.COM

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/20

Nathan T. Williams
NWILLIAMS@KLSELAW.COM
DIRECT DIAL: 212-430-0812

February 25, 2020

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Falvey Cargo Underwriting Ltd*, et al.,
            *v. ZIM Integrated Shipping Services Ltd.*, et al.
            1:19-cv-11495-RA
            Our File: 6302

Dear Judge Abrams,

    We represent Plaintiffs in the captioned matter and write pursuant to Your Honor's 18 December 2019 Order, Docket Entry 11, scheduling an initial pretrial conference in this matter for 6 March 2020. Plaintiffs respectfully request that the initial conference be adjourned until a date most convenient for the Court in the second half of April 2020. This request, the first of its kind, is necessitated by the fact that lead counsel on this matter is required to appear for oral argument in Tennessee state court on another matter on the date of the scheduled conference. Plaintiffs appreciate Your Honor considering this request, to which Defendants' counsel consent.

                                        Respectfully,

                                        KENNEDY LILLIS SCHMIDT & ENGLISH

                                        By:    s/ Nathan T. Williams

                                                   Nathan T. Williams

---

Application granted. The initial conference scheduled for March 6, 2020 is hereby adjourned to April 17, 2020 at 11:45 a.m.

SO ORDERED.

Hon. Ronnie Abrams
2/26/2020