UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALVEY CARGO UNDERWRITING LTD *as subrogor of* SPICE CHAIN CORPORATION AND SPICE CHAIN CORPORATION,

                              Plaintiffs,

v.

ZIM INTEGRATED SHIPPING SERVICES LTD. et al.,

                              Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-20-20

19-CV-11495 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by May 22, 2020, as directed in the Court's December 18, 2019 and April 10, 2020 Orders. If the parties are unable to submit their joint letter and case management plan by May 22nd, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

      Plaintiffs shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    May 20, 2020
            New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge