| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/8/2020 |

FALVEY CARGO UNDERWRITING LTD
*as subrogor of* SPICE CHAIN
CORPORATION AND SPICE CHAIN
CORPORATION,

                Plaintiffs,

v.

ZIM INTEGRATED SHIPPING SERVICES
LTD. et al.,

                Defendants.

19-CV-11495 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 2, 2020, the Court ordered the parties to jointly file a letter, no later than October 2, 2020, updating the Court as to the status of this case. To date, the parties have not done so. No later than October 14, 2020, the parties shall file a joint letter updating the Court as to the status of the case, including the status of their settlement discussions.

SO ORDERED.

Dated:   October 8, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge