```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALVEY CARGO UNDERWRITING LTD., et al.,

              Plaintiffs,

              v.

ZIM INTEGRATED SHIPPING SERVICES LTD., et al.,

              Defendants.

No. 19-CV-11495 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      By Order dated February 2, 2022, the Court directed the parties to submit a status update by March 1, 2022, or, in the event that settlement discussions were unsuccessful, requested that the parties file a joint letter and proposed case management plan by March 15, 2022. *See* Dkt. 50. To date the Court has not received any such submission from the parties. The parties are hereby ordered to submit a status update on or before April 1, 2022.

SO ORDERED.

Dated:   March 28, 2022
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge