UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FALVEY CARGO UNDERWRITING LTD. *as subrogor of* SPICE CHAIN CORPORATION, AND SPICE CHAIN CORPORATION,

                Plaintiffs,

                v.

ZIM INTEGRATED SHIPPING SERVICES LTD., MEGA SHIPPING AND FORWARDING LTD. *doing business as* MERIDIAN LINE, MERIDIAN LINE *in personam*, AND M/V ZIM QINGDAO *her engines, tackle, etc. in rem*,

                Defendants.

19-cv-11495 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      By Order dated September 2, 2022, the Court directed the parties to submit a status update by October 15, 2022, or, in the event that settlement discussions were unsuccessful, requested that the parties file a joint letter and proposed case management plan by the same date. *See* Dkt. 60. To date the Court has not received any such submissions from the parties. The parties are hereby ordered to submit a status update on or before November 1, 2022.

SO ORDERED.

Dated:     October 25, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge