**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/5/2023
```

**Falvey Cargo Underwriting Ltd. et al.,**

**Plaintiffs,**

**-against-**

**Zim Integrated Shipping Services Ltd. et al.,**

**Defendants.**

**1:19-cv-11495 (RA) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiffs and Defendant Zim Integrated Shipping Services Ltd. ("Defendant Zim") it is hereby Ordered as follows:

1. Plaintiffs and Defendant Zim shall appear for a settlement conference on Friday, September 8, 2023, at 11:00 a.m. The settlement conference shall proceed by Microsoft Teams. The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, except that the parties' *ex parte* pre-conference submissions shall be emailed no later than Thursday, September 7, 2023, at 5:00 p.m.

2. No later than September 19, 2023, Plaintiffs shall seek certificates of default from the Clerk of Court for Defendants Mega Shipping and Forwarding Ltd. and Meridian Line. (*See* Affs. of Service, ECF Nos. 12 & 13.)

3.  No later than September 19, 2023, Plaintiffs shall file their anticipated motion, pursuant to Federal Rule of Civil Procedure 4(m), to extend the time to serve Defendant Zim.

4.  Defendant Zim shall file its response and anticipated cross motion no later than October 3, 2023.

5.   Plaintiffs shall file their opposition to Defendant Zim's cross motion and any reply in support of their Rule 4(m) motion no later than October 17, 2023.

**SO ORDERED.**

Dated:      New York, New York
            September 5, 2023

_____
STEWART D. AARON
United States Magistrate Judge