*Kennedy Lillis Schmidt & English*

*125 Maiden Lane*

*New York, N.Y. 10038-4816*

*Telephone: 212-430-0800*

*Facsimile: 212-430-0810*

WWW.KLSELAW.COM

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:  09/15/2023          │
└─────────────────────────────────┘
```

Nathan T. Williams
NWILLIAMS@KLSELAW.COM
DIRECT DIAL: 212-430-0812

September 14, 2023

**By ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
500 Pearl Street, Room 1970
New York, New York 10007
Aaron_NYSDChambers@nysd.uscourts.gov

<div style="margin-left:3em">

Re:     *Falvey Cargo Underwriting Ltd*, et al.,
        *v. ZIM Integrated Shipping Services Ltd*., et al.
        1:19-cv-11495-RA
        Our File: 6302

</div>

Dear Judge Aaron:

     We represent Plaintiffs in the captioned matter and write to advise the Court that we have been in contact with counsel for Defendants Mega Shipping and Forwarding Ltd. and Meridian Line. A notice of appearance was filed on 14 September 2023 by Attorney Susan Lee, Esq., Docket Entry 74, and Plaintiffs have granted an extension to Attorney Lee for those Defendants' time to answer and to cross claim against ZIM Integrated Shipping Services, Ltd. for indemnification and contribution.

     In light of the foregoing, Plaintiffs respectfully request to be relieved from the Court's order directing Plaintiffs to seek certificates of default from the Clerk of the Court by 19 September 2023.  Thank you.

*Kennedy Lillis Schmidt & English*                                    Page 2

Hon. Stewart D. Aaron
United States Magistrate Judge

_____

                                        Respectfully,

                              KENNEDY LILLIS SCHMIDT & ENGLISH

                         By:        *s/ Nathan T. Williams*

                                    Nathan T. Williams


Plaintiffs' Letter Motion is GRANTED. The deadline for all Defendants, including Zim Integrated Shipping
Services Ltd., to respond to the Amended Complaint is extended to 10/20/2023. SO ORDERED.
Dated: 09/15/2023