```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Falvey Cargo Underwriting Ltd. et al.,

               Plaintiffs,

-against-

Zim Integrated Shipping Services Ltd. et al.,

               Defendants.

1:19-cv-11495 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Thursday, September 12, 2024, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
            August 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge