USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Falvey Cargo Underwriting Ltd. et al.,

                Plaintiffs,

-against-

Zim Integrated Shipping Services Ltd. et al.,

                Defendants.

1:19-cv-11495 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than September 19, 2024, Defendants Mega Shipping and Forwarding Ltd. and Meridian Line shall file proof of service of their crossclaim upon Cross Defendant Zim Integrated Shipping Services Ltd.

2. No later than September 19, 2024, the parties shall meet and confer and file a joint letter setting forth a proposed schedule for the completion of discovery.

**SO ORDERED.**

Dated:    New York, New York
           September 12, 2024

_____
STEWART D. AARON
United States Magistrate Judge