UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Falvey Cargo Underwriting Ltd. et al.,

                       Plaintiffs,

-against-

Zim Integrated Shipping Services Ltd. et al.,

                       Defendants.

1:19-cv-11495 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is here by Ordered that the parties shall file a joint letter on November 15, 2024 regarding the status of discovery. Given the parties' expectation that this case will be ready for trial on February 10, 2025 (*see* 9/19/24 Letter, ECF No. 113, at 3), the parties are encouraged to discuss whether they wish to consent, pursuant to 28 U.S.C. § 636(c), to conduct all proceedings, including the anticipated bench trial, before the undersigned.[1]

**SO ORDERED.**

Dated:    New York, New York
            September 24, 2024

                                                    STEWART D. AARON
                                                    United States Magistrate Judge

---

[1] If all parties wish to consent, a consent form is available on the Court's website at: https://nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf.